# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TERRELL DEMETRIUS MAXWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-133 |
| SHERIFF JOHN T. WELCHER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has failed to comply with the July 1, 2019 deadline for returning his Prisoner Trust Fund Account Statement. Doc. 3 at 4 (Order warning of dismissal if he failed to return the forms). He has however returned his Consent to Collection of Fees Form. Doc. 4. Since it appears that plaintiff has attempted to comply with the Court's Order, the Court will **GRANT** plaintiff an additional 14 days to return the Prisoner Trust Fund Account Statement. The Clerk of Court is **DIRECTED** to serve along with a copy of this Order a copy of the Prisoner Trust Account Statement Form. **Failure to comply with this Order within 14 days of the date of service shall result in a recommendation of dismissal of plaintiff's case, without**

**prejudice.**

**SO ORDERED,** this <u>11th</u> day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA