AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERRELL DEMETRIUS MAXWELL,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-CV-133

SHERIFF JOHN T. WELCHER, et. al.,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated May 5, 2020, the Report and Recommendation of the United States Magistrate Judge is ADOPTED as the Court's opinion in this case. Plaintiff's complaint is DISMISSED. This case stands closed.

05/05/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03